UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-1225

CASIMIRO ARMINIO BARROS, )
          Petitioner )
          )
v. )
          )
JOHN ASHCROFT, United States )
Attorney General; )
DENIS RIORDAN, )
Massachusetts District Director, )
Department of Homeland Security, )
U.S. Citizenship and Immigration )
Services, AND Immigration and )
Customs Enforcement )
         Respondents )
          )

## PETITIONER'S MOTION FOR TEMPORARY RESTRAINING ORDER AND FOR STAY OF REMOVAL

NOW comes Petitioner in the above-entitled matter and moves this Court based upon the Petitioner's filing of a Petition for Habeas Corpus, for the issuance of a Temporary Restraining Order. In support thereof, Plaintiff would show as follows:

1.    Plaintiff will suffer immediate, irreparable, and ongoing harm in that:

    a.)    The Petitioner is in the constructive custody of the Immigration and Naturalization Service, pursuant to conditions of bond, awaiting deportation/removal pursuant to a final Order to that effect.

    b.)    Petitioner would be involuntarily removed from the United States pursuant to said Order of the deportation/removal, and

           permanently separated from his family living here within the United States.

    c.)    Petitioner's departure will result in extreme and unnecessary hardship.

    d.)    Petitioner's departure will prevent him from pursuing his Petition before this Court.

    e.)    Petitioner's departure will render it impossible to pursue his valid claims against the government.

2. Respondents will not suffer any harm as a result of the issuance of the relief requested as the status quo will remain.

3. In a balancing of interests, any harm which might befall the Government is minimal compared to the harm that may be suffered by the Petitioner.

4. There is a reasonably substantial likelihood that Petitioner will prevail on the merits of his contentions.

WHEREFORE, for the foregoing reasons, Petitioner respectfully prays that this Court issue a Temporary Restraining Order:

    a.)    Restraining and enjoining the implementation and enforcement of the Order of Deportation/Removal currently in effect against Mr. Casimiro Barros;

    b.)    Granting such further relief this Court deems just and appropriate.

Dated: October 16, 2004

Respectfully submitted,
CASIMIRO ARMINIO BARROS
By his attorney,

_____
Mark M. Freeman, Esq. (BBO# 179080)
4 Longfellow Place, 35th Floor
Boston, MA 02114
(617) 227-2800

CERTIFICATE OF SERVICE

    I, Mark M. Freeman, certify that I delivered by First Class mail, postage prepaid, a true copy of the within Motion for TRO and Stay to the Office of the Regional Counsel, Department of Homeland Security, Room 425, John F. Kennedy Federal Building, Boston, MA, 02203; and the Office of the United States Attorney, One Courthouse Way, Suite 9200, John Joseph Moakley Courthouse, Boston, MA, 02210, on October 26, 2004.

                                                      Mark M. Freeman, Esq.