UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASIMIRO ARMINIO BARROS,
        Petitioner,

v.

JOHN D. ASHCROFT, et al.,
        Respondents.

CIVIL ACTION

NO.  04-12259-PBS

O R D E R

SARIS, D. J.

On October 26, 2004, counsel for petitioner Casimiro Barros filed a petition for a writ of habeas corpus under Section 2241 challenging Barros' eligibility for Section 212(c) relief.

ACCORDINGLY,

(1) The Clerk shall serve a copy of this order and the petition by certified mail upon (i) the United States Attorney; AND (ii) Frank Crowley, Department of Homeland Security, Special Assistant United States Attorney, P.O. Box 8728, JFK Station, Boston, MA  02114 by certified mail AND

(2) The Respondents shall file an answer or other responsive pleading within 28 days of receipt of the petition; and

(3) The Respondents shall provide the Court with at least 48 hours advance notice of any scheduled deportation or removal of petitioner.

SO ORDERED.

November 6, 2004　　　　　　　　　　/s/ Patti B. Saris
Date　　　　　　　　　　　　　　　　　United States District Judge

(2241servINS.wpd - 09/00)　　　　　　　　　　　　　　　　　　　　　　　[2241serv.]