**ATTACHMENT D**



**U.S. Department of Justice**

Executive Office for Immigration Review

*Board of Immigration Appeals*
*Office of the Clerk*

*5201 Leesburg Pike, Suite 1300*
*Falls Church, Virginia 22041*

| | |
|---|---|
| Freeman, Mark M. Esquire<br>Four Longfellow Place<br>S, 3506<br>Boston, MA 92114-0000 | Office of the District Counsel/BO<br>P.O. Box 8728<br>Boston, MA 02114 |

Name: BARROS, CASIMIRO ARMINIO                                A35-113-649

Date of this notice: 10/27/2003

Enclosed is a copy of the Board's decision and order in the above-referenced case.

*/s/ Jeffrey Fratter*

Jeffrey Fratter
Chief Clerk

Enclosure

Panel Members:
    HESS, FRED

Pet. Ex 90

**U.S. Department of Justice**
Executive Office for Immigration Review

Falls Church, Virginia 22041

Decision of the Board of Immigration Appeals

File:   A35-113-649 - BOSTON

Date: OCT 27 2003

In re:  BARROS, CASIMIRO ARMINIO

IN DEPORTATION PROCEEDINGS

APPEAL

ON BEHALF OF RESPONDENT: Freeman, Mark M. Esquire

ORDER:

PER CURIAM. The Board affirms, without opinion, the results of the decision below. The decision below is, therefore, the final agency determination. *See* 8 C.F.R. § 1003.1(e)(4).

_____
FOR THE BOARD

R. 2